**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7555**

———————————

JOHN A. CASILLAS,

Plaintiff - Appellant,

versus

MICKEY RAY, Warden of Federal Correctional
Institution, Estill,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  David C. Norton, District Judge.
(CR-90-314, CA-96-1638-9-18JC)

———————————

Submitted:  January 23, 1997      Decided:  February 5, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John A. Casillas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and his motion for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Casillas v. Ray</u>, Nos. CR-90-314; CA-96-1638-9-18JC (D.S.C. Sept. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>